SUAREZ, J.
 

 Appellants, Carlos Humberto Malagon a/k/a Carlos Malagon and Rosalba Mala-gon appeal the trial court’s order denying their motion to vacate final judgment of foreclosure and to cancel and/or rescind sale. Appellee, Citimortgage, Inc., concedes error on the trial court’s denial of appellants’ motion to vacate the final judgment of foreclosure.
 
 [1]
 
 Appellee consents to a reversal of the order and a remand for further proceedings. Upon concession of error, this Court, therefore, reverses the trial court’s denial of appellants’ motion to vacate the final judgment of foreclosure and remands for further proceedings.
 

 Reversed and remanded.
 

 [1]
 

 . This Court appreciates appellee’s
 
 candor
 
 in conceding error.